# CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Place of Offense (City & County):  Knoxville, Knox

Defendant Information:

Juvenile _____ Yes _X_ No     Matter to be Sealed:  _X_ Yes _____ No

Defendant Name:  SZUHSIUNG HO a/k/a ALLEN HO

Interpreter:  No _____ Yes _Y_     Language  Chinese (Mandarin)

Total # of Counts:  _2_ Petty _____ Misdemeanor (Class ____) _X_ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 42 U.S.C. §§ 2077(b) and 2272(a), Conspiracy to illegally develop special nuclear material outside the United States | 1 |
| Set 2 | 18 U.S.C. § 951, Conspiracy to illegally act as an unregistered agent of a foreign government | 2 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>( if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _____ Yes _____ Case No. _____

Related Case(s):

_____
Case Number     Defendant's attorney     How related

## Criminal Informations:
Pending criminal case:    No _____ Yes _____ Case No. _____

New Separate Case _____     Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____     Appointed: _____

Date: _4/5/16_____     Signature of AUSA: *Chs. atks*