# CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): Knoxville, Knox

Defendant Information:

Juvenile _____ Yes __X__ No     Matter to be Sealed: __X__ Yes _____ No

Defendant Name: ENERGY TECHNOLOGY INT.

Interpreter: No _____ Yes __Y__ Language __Chinese (Mandarin)__

Total # of Counts: __2__ Petty _____ Misdemeanor (Class ___) __X__ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 42 U.S.C. §§ 2077(b) and 2272(a), Conspiracy to illegally develop special nuclear material outside the United States | 1 |
| Set 2 | | |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _____ Yes _____ Case No. _____

Related Case(s):
_____
Case Number     Defendant's attorney     How related

## Criminal Informations:
Pending criminal case: No _____ Yes _____ Case No. _____

New Separate Case _____ Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____     Appointed: _____

Date: __4/5/16__     Signature of AUSA: *[signature]*