# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:16-cr-46                                **Date:** October 5, 2021

United States of America    **vs.**   China General Nuclear Power

**Present Before:** Honorable Bruce Guyton, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Mallory Dahl | ECRO | Michellle Gensheimer |

| Asst. U.S. Atty(s): | Probation Officer(s): | Atty(s) for Defendant(s): |
|---|---|---|
| Casey Arrowood | | N/A |

**Others Present:**

**Proceedings:**

Government and Court present for an initial appearance. Neither the defendant or counsel for the defendant waive present at hearing. Government requested leave to file motion. Court granted request and gave the government leave to file motion on or before November 5, 2021.

**Dates set at this hearing:**
- [ ] Jury Trial:
- [ ] Pretrial Conf.:
- [ ] Detention Hrng.:
- [ ] Motion Hrng:
- [ ] Status Conf:

**Deadlines set at this hearing:**
- [ ] Discovery DDL:
- [ ] Motion Cut-Off:
- [ ] Response to Mtns:
- [ ] Reciprocal Disc.:
- [ ] Plea DDL:

[ ] Defendant remanded to custody.   [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 1:30 p.m.   to   1:45 p.m.

(●) I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.