IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CR-46-TAV-HBG |
| | ) | |
| CHINA GENERAL NUCLEAR POWER CO., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Judge as may be appropriate. This case came before the Court on October 5, 2021, for an initial appearance and arraignment on an Indictment [Doc. 3]. Assistant United States Attorney Casey T. Arrowood appeared on behalf of the Government. On August 17, 2021, the undersigned issued a summons for Defendant China General Nuclear Power Company ("China General") to appear, but neither Defendant, nor any representative of Defendant, appeared at the October 5 hearing.

AUSA Arrowood informed the Court that the Government has attempted to serve Defendant in multiple ways. He asked the Court to set a date for Defendant to file a motion for a show cause hearing. The Government stated that a show cause hearing would allow the Court to certify the facts relating to the Government's attempts to bring Defendant before the Court.

The undersigned finds that Defendant China General failed to appear in response to a summons for a scheduled initial appearance and arraignment on October 5, 2021. The Government may file a motion for a show cause hearing on or before **November 5, 2021**. In this

motion, the Government is **DIRECTED** to state the legal basis for the Court's authority and/or jurisdiction over Defendant China General, which the Indictment alleges developed and produced special nuclear material in the People's Republic of China. Following the receipt of the Government's motion, the Court will determine whether a show cause hearing is appropriate.

    **IT IS SO ORDERED.**

                               ENTER:

                               */s/ Bruce Guyton*
                               United States Magistrate Judge