UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:16-CR-46-TAV-DCP |
| ) | |
| CHINA GENERAL NUCLEAR ) | |
| POWER COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pursuant to 28 U.S.C. § 636(b), it is hereby **ORDERED** that the government's Motion for Certification of Facts and Issuance of Show Cause Order Against Defendant China General Nuclear Power Company [Doc. 145] is **REFERRED** to United States Magistrate Judge Debra C. Poplin, for her consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE