UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:16-cr-46-TAV-DCP-2 ) |
| CHINA GENERAL NUCLEAR POWER COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This criminal matter is before the Court on the government's Motion for Certification of Facts and Issuance of Show Cause Order Against Defendant China General Nuclear Power Company [Doc. 145] and the Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on September 21, 2023 [Doc. 150], certifying facts and recommending that the Court enter a show cause order. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After carefully reviewing the matter, the Court agrees with Judge Poplin's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 150]. The government's motion [Doc. 145] is hereby **GRANTED** to the extent that Judge Poplin has certified the relevant facts and the undersigned now issues this show cause order.

It is hereby **ORDERED** that Defendant China General Nuclear Power Company appear on Monday, January 8, 2024, at 1:30 p.m. before the Honorable Thomas A.

Varlan, United States District Judge, United States Courthouse, 800 Market Street, Courtroom 4, Knoxville, Tennessee, and **SHOW CAUSE**, why China General Nuclear Power Company should not be adjudged in contempt by reason of the facts certified by the magistrate judge [Doc. 150, pp. 2–3], in accordance with 28 U.S.C. § 636(e). The government is **ORDERED** to serve Defendant China General Nuclear Power Company with a copy of this Order and Judge Poplin's R&R [Doc. 150] in the same manner as it served the summons and indictment, as set forth in the second certified fact [Doc. 150, p. 2].

    IT IS SO ORDERED.

                                          s/ Thomas A. Varlan  
                                          UNITED STATES DISTRICT JUDGE