# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:16-cr-46　　　　　　　　　　　　　　　　**Date:** March 13, 2024

United States of America　**vs.**　China General Nuclear Power Company

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |
| Casey Arrowood | Jack DiCanio (phone) | |
| Kyle Wilson | Kyle Carpenter | Emily Reitmeier (phone) |
| **Asst. U.S. Atty** | **Atty(s) for Defendant(s)** | **Atty(s) for Defendant(s) (Cont.)** |

**Proceedings:** Parties present for an ☑ Initial Appearance ☑ Arraignment on an Indictment.
☐ Defendant sworn.
☐ Defendant requested appointment of counsel and submitted financial affidavit.
☐ Court approved financial affidavit and appointed counsel.
☐ Defendant present with retained counsel.
☑ Plea entered:　☑ Not Guilty　　☐ Guilty
☐ Government requested detention of the defendant:
　☐ Defendant waived and reserved the right to a detention hearing.
　☐ Defendant requested detention hearing.
　　☐ Detention hearing set.　☐ Detention hearing held.
☐ Parties agreed to conditions on which the defendant could be released.
☑ Court set schedule and scheduling order to enter.
☐ With the exception of new deadlines set out below, the schedule in this case is governed by the Order Continued Dates and Deadlines, which was previously entered in this case.
　Scheduling Order provided to counsel.
☐ Case under seal as to defendant: ☐ Unsealed upon granting of motion by AUSA ☐ To remain under seal.

**Dates set at this hearing:**　　　　　　　　　　　　　**Deadlines set at this hearing:**

☑ **Jury Trial:** May 21, 2024 at 9:00 a.m. (Judge Varlan)　☑ **Discovery DDL:** March 20
☑ **Pretrial Conf.:** May 7, 2024 at 11:00 a.m. (Judge Poplin)　☑ **Motion Cut-Off:** April 10
☐ **Detention Hrng.:**　　　　　　　　　　　　　　　☑ **Response DDL:** April 24
☐ **Motion Hrng:**　　　　　　　　　　　　　　　　☑ **Reciprocal Disc.:** April 19
☐ **Status Conf:**　　　　　　　　　　　　　　　　　☑ **Plea DDL:** April 19

☐ Defendant remanded to custody.　☐ Defendant released on Order Setting Conditions of Release.

**Time:** 1:30　　to　1:50

◉ **I,** Rachel Stone **, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.**
Knox-DCR_ 316cr46 _ 20240313 _ 102201