# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-cr-46 |
| Plaintiff, | |
| v. | **Judge Varlan** |
| | **Magistrate Judge Poplin** |
| CHINA GENERAL NUCLEAR POWER COMPANY, | |
| Defendant. | |

## JOINT STATUS REPORT

The United States (the "Government") and China General Nuclear Power Company ("Defendant" or "CGNPC") hereby provide the Court with an update on the licensing issues discussed at the August 13, 2025 status conference and addressed in the Joint Status Reports filed October 17, 2025 (Doc. 212), Joint Motion to Continue Trial Date filed October 24, 2025 (Doc. 213), and Joint Status Report and Renewed Motion to Continue Trial Date filed December 19, 2026 (Doc. 215), which the Court took under advisement on December 19, 2026 (Doc. 216).

Upon inquiry, the U.S. Department of Energy ("DOE") indicated on January 13, 2026 that "Skadden's requested specific authorization is with the U.S. interagency for its view/concurrence, due back to us on February 2." Upon follow-up inquiry on February 3, 2026, the DOE indicated on February 6, 2026, that "the required U.S. interagency responses were due earlier this week. However, not all statutorily required consultations have been completed. Regardless, we are continuing to process Skadden's request forward within DOE, in anticipation that the remaining interagency consultations will be completed soon."

The parties respectfully request that the Court maintain the stay of deadlines in the Scheduling Order and order the parties to provide a status report no later than March 20, 2026.

1

Respectfully and jointly submitted this 13th day of February, 2026.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: _/s/ Casey T. Arrowood_
Casey T. Arrowood
Kyle J. Wilson
Assistant United States Attorneys
TN BPR No. 038225
TN BPR No. 031844
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 225-1720 (Arrowood)
(423) 752-5140 (Wilson)
Casey.Arrowood2@usdoj.gov
Kyle.Wilson@usdoj.gov

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL

By: _/s/ Beau D. Barnes_
Beau D. Barnes
Fatema Merchant
Trial Attorneys
D.C. Bar No. 1024150
D.C. Bar No. 992556
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 305-4679 (Barnes)
(202) 353-0189 (Merchant)
Beaudre.Barnes@usdoj.gov
Fatema.Merchant@usdoj.gov

6870868.1

By:    /s/ *W. Kyle Carpenter*
     W. Kyle Carpenter (BPR #005332)
     Woolf, McClane, Bright, Allen & Carpenter,
       PLLC
     900 Riverview Tower
     900 S. Gay Street
     Knoxville, TN 37902
     kcarpenter@wmbac.com
     (865) 215-1024

     Jack DiCanio (*Pro Hac*)
     Allen L. Lanstra (*Pro Hac*)
     Emily Haffner (*Pro Hac*)
     Skadden, Arps, Slate, Meagher & Flom LLP
     525 University Avenue
     Palo Alto, California 94301
     Jack.DiCanio@skadden.com
     Allen.Lanstra@skadden.com
     Emily.Haffner@skadden.com
     (650) 470-0700 (DiCanio)

     *Attorneys for Defendant China General*
     *Nuclear Power Company*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 13, 2026, a copy of the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

     /s/ *W. Kyle Carpenter*
     W. Kyle Carpenter (BPR #005332)
     Woolf, McClane, Bright, Allen & Carpenter, PLLC
     900 Riverview Tower
     900 S. Gay Street
     Knoxville, TN 37902
     kcarpenter@wmbac.com
     (865) 215-1024

3